STATE of Missouri, Respondent,

v.

Carson ELMORE, Appellant.

No. WD 36441.

Missouri Court of Appeals,
Western District.

Oct. 1, 1985.
Application to Transfer Denied
Dec. 17, 1985.

Lew Kollias, Columbia, for appellant.

William L. Webster, Atty. Gen., Jefferson City, Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before MANFORD, P.J., and PRITCHARD, and LOWENSTEIN, JJ.

ORDER

PER CURIAM:

Direct appeal from a jury conviction for attempted stealing by deceit, in violation of §§ 564.011 and § 570.030, RSMo 1978.

Judgment affirmed. Rule 30.25(b).

In the Interest of M.A.S. and R.P.S. (Minors).

R.S. (Natural Mother) Appellant,

v.

JUVENILE OFFICER OF JACKSON COUNTY, Respondent.

No. WD 36484.

Missouri Court of Appeals,
Western District.

Oct. 1, 1985.

Douglas J. Schmidt, Kansas City, for appellant.

James E. Herbertson, Kansas City, for respondent.

Before SHANGLER, P.J., and TURNAGE and BERREY, JJ.

ORDER

PER CURIAM:

The natural mother appeals an order of the circuit court terminating her parental rights, pursuant to section 211.447.2, RSMo Supp.1984. The sole issue is the sufficiency of the evidence to support the court's findings.

Judgment affirmed. Rule 84.16(b).